**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **RCB Distributing, Inc.**                                                              Case No.  **11-33479**

                                                                                                Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| N.B.S.P. Inc.<br>10350 Fountaingate Drive<br>Stafford, TX  77477 | | Services Rendered | | $174,174.96 |
| Navajo Manufacturing Co.<br>3330 Fox St.<br>Denver, CO  80216 | | Services Rendered | | $160,796.41 |
| Wells Fargo<br>P.O. Box 54349<br>Los Angeles, CA 90054 | | Credit Card | | $117,451.37 |
| Gattuso Distributing<br>1576 Wald Road<br>New Braunfels, TX  78130 | | Services Rendered | | $83,635.99 |
| Sessions Specialty Co.<br>5090 Styers Ferry Road<br>Lewisville, NC  27023 | | Services Rendered | | $80,049.42 |
| Rainbow Trading Co.<br>2544 Joe Field Rd.<br>Dallas, TX  75229 | | Services Rendered | | $51,482.75 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **RCB Distributing, Inc.**　　　　　　　　　　　Case No. **11-33479**

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Regions Purchasing Card<br>P.O. Box 11301<br>Birmingham, AL 35202 | | Credit Card | | $38,514.36 |
| National Cap<br>P.O. Box 1927<br>Wacross, GA 31503 | | Services Rendered | | $35,318.10 |
| Wing Sales, Inc.<br>99 Grand Street, Suite #19<br>Moonachie, NJ 07074 | | Services Rendered | | $32,532.33 |
| ET Video fka Movie Gallery USA, Inc.<br>P.O. Box 327<br>Coon Rapids, IA 50058 | | Services Rendered | | $29,035.20 |
| Bank of America (MBNA)<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | | Credit Card | | $24,308.27 |
| Cougar Sunglasses Company<br>P.O. Box 1818<br>Bellaire, TX 77402 | | Services Rendered | | $22,503.87 |
| Halpren Import Co.<br>2890 Amwiler Road<br>Atlanta, GA 30360 | | Services Rendered | | $20,369.90 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **RCB Distributing, Inc.**    Case No. **11-33479**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BOA Platinum Visa<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | | Credit Card | | $19,891.18 |
| Home Depot<br>P.O. Box 183175<br>Columbus, OH 43218 | | Credit Card | | $19,559.07 |
| Punita Leathers<br>3935 Avion Park Ct., Ste. #A<br>Chantilly, VA  20151 | | Services Rendered | | $19,094.15 |
| ExxonMobil Fleet<br>Fleet Services<br>P.O. Box 5727<br>Carol Stream, IL 60197 | | Credit Card | | $18,858.07 |
| Platinum Plus for Business<br>P.O. Box 15710<br>Wilmington, DE 19886 | | Credit Card | | $17,659.27 |
| Ravi's Import Warehouse<br>P.O. Box 29102<br>Dallas, TX  75229 | | Services Rendered | | $17,270.31 |
| J.R. Palacios Enterprises HGN<br>P.O. Box 531300<br>Harlingen, TX  78553 | | Services Rendered | | $16,157.49 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **RCB Distributing, Inc.**  Case No. **11-33479**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **6/1/2011**   Signature: **/s/ Richard Self**
*Richard Self*
**President**